IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND<br>A/N/F J.B. AND J.B., MINOR CHILDREN | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-cv-3687 |
| | § | |
| JOWIN EXPRESS, INC. AND PAUL | § | |
| BEASLEY | § | JURY REQUESTED |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, JOWIN EXPRESS, INC., and hereby gives notice of its removal of Cause No. 2016-68769filed in the 129TH Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

### Factual Background

1.      On or about August 31, 2016, Plaintiffs claim they were injured when her vehicle was struck by a Jowin Express's tractor and trailer in Harris County, Texas.  Plaintiff filed suit in state court.

2.      Plaintiff filed suit in state court on October 10, 2016.  Service of Citation and Petition with Requests for Disclosure on Jowin Express, Inc. by service on the Texas Secretary of State on November 21, 2016. Defendant Beasley has not been served with process yet In Plaintiff's Petition there is a monetary claim for damages in an amount no greater than $500,000.00, which exceeds the jurisdictional minimum.  The case has been on file for less than one year.  Removal is both timely and appropriate.

### Basis for Removal and Jurisdiction

3.      This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . , to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

### Full Diversity Between the Parties

*Complete Diversity of Citizenship*

4.      To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiff and her minor children are Texas citizens and none of the Defendants are Texas citizens or corporations

5.      Plaintiff, Courtney Bell and her minor children, J.B. and J.B., are citizens of the State of Texas.

6.      Defendant, Paul Beasley, is a resident and citizen of the State of Mississippi.

7.      Defendant, Jowin Express, Inc. is a Mississippi corporation with its principal place of business in Mississippi.

*Amount in Controversy*

8.      In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9.      In papers filed in State court, Plaintiff alleges damages being sought are up to $500,000.00.

### Removal is Timely and Appropriate

10.    If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove. 28 U.S.C. § 1446(b). A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds. 28 U.S.C. § 1446(b). When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity. *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).    "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). Here, Plaintiff's Pleading voluntarily asserts an amount in controversy up to $500,000.00. This removal is filed within the thirty (30) days of the service of Plaintiff's Petition. The removal is both timely and appropriate.

### Jury Demanded

11.    Defendants request that the case be tried before a jury.

### Consent of Served Defendants

12.    Defendants, Jowin Express, Inc. and Paul Beasley consent to this removal.

### Compliance with Local Rule and Notice Requirements

14.    Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

> Exhibit A............Plaintiff's Original Petition and Requests for Disclosure with Civil Case Information Sheet
>
> Exhibit B............Civil Process Request

Exhibit C ............ Civil Process Pick-Up Form

Exhibit D ............ Letter from Plaintiff's Counsel Regarding Paying Additional Money

Exhibit E ......... Affidavit of Delivery on Texas Secretary of State on Jowin Express, Inc.

Defendants know of no orders signed by the state judge.

15.   Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiff. A true and correct copy of this Notice of Removal will also be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANT
JOWIN EXPRESS, INC.

588653.1 PLD 0001577 16771 RDO

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Ms. Brenna Sanchez
The Dunk Law Firm, PLLC
4505 Caroline Street
Houston ,TX 77004
brenna@dunklawyers.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

588653.1 PLD 0001577 16771 RDO

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND | § | |
| A/N/F J.B. AND J.B., MINOR CHILDREN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-cv-3687 |
| | § | |
| JOWIN EXPRESS, INC. AND PAUL | § | |
| BEASLEY | § | JURY REQUESTED |

### INDEX OF MATTERS BEING FILED

Defendant, JOWIN EXPRESS, INC., in connection with the removal of this case to the United States District Court for the Southern District of Texas, Houston Division, files its index of matters, as follows:

Exhibit A    Plaintiff's Original Petition and Requests for Disclosure with Civil Case Information Sheet

Exhibit B    Civil Process Request

Exhibit C    Civil Process Pick-Up Form

Exhibit D    Letter from Plaintiff's Counsel Regarding Paying Additional Money

Exhibit E......Affidavit of Delivery on Texas Secretary of State on Jowin Express, Inc.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____
Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANT
JOWIN EXPRESS, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of December, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Ms. Brenna Sanchez
The Dunk Law Firm, PLLC
4505 Caroline Street
Houston ,TX 77004
brenna@dunklawyers.com

               /s/ Roger D. Oppenheim
               _____
               Roger D. Oppenheim

10/10/2016 4:40:02 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 13158431
By: CUERO, NELSON
Filed: 10/10/2016 4:40:02 PM

CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2016-68769 / Court: 129**   COURT *(FOR CLERK USE ONLY):*

STYLED **Courtney Bell, Indiv & ANF of J.B. & J.B. v. Jowin Express, Inc. & Paul Beasley**
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** Brenna L. Sanchez | **Email:** brenna@dunklawyers.com | **Plaintiff(s)/Petitioner(s):** Courtney Bell, Individually and ANF of J.B. and J.B., minors | ■ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: ____ |
| **Address:** 4505 Caroline Street | **Telephone:** 713-223-1435 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston, TX 77004 | **Fax:** 713-223-1438 | **Defendant(s)/Respondent(s):** Jowin Express, Inc. Paul Beasley | **Custodial Parent:** |
| **Signature:** ____ | **State Bar No:** 24068039 | | **Non-Custodial Parent:** ____ |
| | | [Attach additional page as necessary to list all parties] | **Presumed Father:** ____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ■Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: ____ | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order | |
| | ☐Other Injury or Damage: | | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
■Over $1,000,000

Certified Document Number: 72255349 - Page 1 of 1

DEFENDANT'S
EXHIBIT
A



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:        72253549 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/10/2016 4:40:02 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13158431
By: Nelson Cuero
Filed: 10/10/2016 4:40:02 PM

# 2016-68769 / Court: 129

CAUSE NO. _____

| | | |
|---|---|---|
| COURTNEY BELL, Individually and | § | IN THE DISTRICT COURT |
| A/N/F of J.B. and J.B., minor children | § | |
| *Plaintiffs* | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JOWIN EXPRESS, INC. and PAUL | § | |
| BEASLEY | § | |
| *Defendants* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW COURTNEY BELL, Individually and A/N/F of J.B. and J.B., minor children, Plaintiffs in the above-styled cause and complains of Defendants JOWIN EXPRESS, INC. and PAUL BEASLEY and for cause would show unto the Court the following:

### I. DISCOVERY LEVEL

1.     Discovery is intended to be conducted under Level 2 pursuant to Tex. R. Civ. P. 190.

### II. PARTIES

2.     Plaintiffs are residents of Nacogdoches, Nacogdoches County, Texas.

3.     Defendant Paul Beasley is a resident of Bude, Mississippi, and may be served with process by serving him at his residence address, via certified mail, return receipt requested: 26 Oak Street, Bude, MS 39630 or wherever he may be found.

4.     Defendant Jowin Express, Inc. is a company doing business in the State of Mississippi. Jowin Express has no registered agent for the State of Texas, and may therefore be served with process under the Civil Practice and Remedies Code by serving the Texas Secretary of State - Service of Process at P.O. Box 12079 , Austin, TX, 78711-2079. Jowin Express's principal

Certified Document Number: 72253547 - Page 1 of 4

business address is 1498 Hwy 13 N, Columbia, MS 37429. Its Mississippi Registered Agent is J.

Stephen Kennedy: 100 Vision Drive, Ste. 400, Jackson, MS 39211.

## III. JURISDICTION AND VENUE

5.      The amount in controversy exceeds the minimal jurisdictional limits of this Court.

6.      Venue is proper in this cause pursuant to CPRC 15.002 in Harris County, Texas because

the cause of action accrued in Harris County, Texas.

## IV.  FACTS

7.      On or about August 31, 2016, Plaintiff was traveling in the outside lane of the I-10 feeder

road when Paul Beasley, acting in the course and scope of his employment for Defendant Jowin

Express, Inc., turned right into a private drive from the center lane, colliding with Plaintiffs'

vehicle. The incident made the basis of this suit caused significant damage to Plaintiffs' bodies.

Plaintiffs continue to suffer from the severity of their injuries caused by Defendants.

## V.  LIABILITY OF DEFENDANTS

**A.      PAUL BEASLEY: NEGLIGENCE**

8.      The motor vehicle collision made the basis of this lawsuit, and Plaintiffs's resulting injuries

and damages, were proximately caused by the negligent conduct of Defendant Paul Beasley as

follows:

     a.     Failing to keep a proper lookout;
     b.     Failing to apply the brakes to his vehicle in a timely manner to avoid the collision in question;
     c.     Failing to obey our State's traffic regulations;
     d.     Making an unsafe right turn;
     e.     Failing to pay attention when operating a motor vehicle on our State's public highways; and
     f.     Failing to act as a person of ordinary prudence would have acted in same or similar circumstances.

Certified Document Number: 72253547 - Page 2 of 4

9.      Each of these acts and omissions, singularly or in combination with others, constituted negligence that proximately caused the occurrence made the basis of this action and Plaintiffs' injuries and damages.

**B.      JOWIN EXPRESS, INC.**

*1.      Respondeat Superior*

10.     At the time of the collision made the basis of this suit, on or about August 31, 2016, Defendant Paul Beasley was acting in the course and scope of his employment for Jowin Express, Inc.. Accordingly, Jowin Express, Inc. is liable for Paul Beasley's actions and Plaintiff's damages.

*2.      Direct Negligence*

11.     In addition to being legally responsible for Paul Beasley's acts of negligence committed in the course and scope of his employment, Jowin Express, Inc. is independently negligent in at least the following respects:

      a.      Hiring a driver that it knew or should have known was unfit and reckless;
      b.      Failing to properly supervise its driver; and
      c.      Failing to properly train its driver.

12.     These acts and omissions were the producing and proximate cause of Plaintiffs' injuries and damages.

## VI.  DAMAGES

13.     As a result of the negligent conduct of Defendants, Plaintiffs suffered and continue to suffer severe bodily injuries. Plaintiffs suffered and/or will suffer past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, and past and future lost wages and earning capacity. Plaintiffs claim for relief under Tex. R. Civ. P. 47(c)(5), in a maximum amount of $5,000,000.00.

## VII.  REQUEST FOR DISCLOSURE

14.     Plaintiffs requests that Defendants respond to the disclosure requests contained in Tex. R. Civ. P. 194.2(a)-(l).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer the Plaintiffs and that Plaintiffs have judgment against the Defendants for the following:

      a.  Actual damages;
      b.  Prejudgment and post-judgment interest;
      c.  Costs of suit; and
      d.  All other relief, in law and equity, to which Plaintiff may be entitled.

Respectfully Submitted,

**THE DUNK LAW FIRM, PLLC**

Brenna L. Sanchez
State Bar No. 24068039
4505 Caroline Street
Houston, Texas 77004
(713) 223-1435
(713) 223-1438 (fax)
brenna@dunklawyers.com



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:        72253547 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/10/2016 4:40:02 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 13158431
By: CUERO, NELSON
Filed: 10/10/2016 4:40:02 PM

2016-68769 / Court: 129

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| --- |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition

**FILE DATE OF MOTION:** 10-10-2016

Month/    Day/    Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Jowin Express, Inc.

    ADDRESS: P.O. Box 12079 Austin, TX 78711-2079

    AGENT, (*if applicable*): Secretary of State-Service of Process

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**

☑ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:  Lone Star Atty Service        Phone: Box 17

☐ **MAIL**                                ☐ **CERTIFIED MAIL**

☐ **PUBLICATION:**

    Type of Publication:    ☐ **COURTHOUSE DOOR,  or**

                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____

☐ **OTHER,** *explain* _____

*******************************************************

****'

2.  NAME: Paul Beasley

    ADDRESS: 26 Oak Street, Bude, MS 39630

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**

☑ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Lone Star Atty Svc        Phone: Box 17

☐ **MAIL**                                ☐ **CERTIFIED MAIL**

☐ **PUBLICATION:**

    Type of Publication:    ☐ **COURTHOUSE DOOR,  or**

                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____

☐ **OTHER,** *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Brenna L. Sanchez                    TEXAS BAR NO./ID NO. 24068039

MAILING ADDRESS: 4505 Caroline Street, Houston, Texas 77004

PHONE NUMBER: 713    223-1435              FAX NUMBER: 713    223-1438
              area code  phone number                   area code  fax number

EMAIL ADDRESS: brenna@dunklawyers.com

CIVIC109 Revised 9/2/99

Certified Document Number: 72253548 - Page 1 of 1


DEFENDANT'S EXHIBIT B



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:        72253548 Total Pages:  1


*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK



ENTERED
VERIFIED ___WC___

## Civil Process Pick-Up Form

**CAUSE NUMBER:** 2016-68769   129th

ATY _____     CIV X     COURT 129th

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Sanchez, Brenna   PH: 713-223-1435 |
| *CIVIL PROCESS SERVER: Lone Star Attorney |
| *PH: Box 17 |
| *PERSON NOTIFIED SVC READY: |
| * NOTIFIED BY: Marcella Hill |
| DATE: 11-11-16   2:24pm |

| Type of Service Document: | Secn | Tracking Number | 73297782 |
|---|---|---|---|
| Type of Service Document: | Citn | Tracking Number | 73297783 |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |
| Type of Service Document: | | Tracking Number | |

**Process papers prepared by: Marcella Hill**

Date: 11/3/ 2016   30 days waiting 12-3-16

| |
|---|
| *Process papers released to:   Ron Black (PRINT NAME) |
| *(CONTACT NUMBER)   (SIGNATURE) |
| *Process papers released by:   Brianna Denman (PRINT NAME) |
| (SIGNATURE) |
| * Date: 11-15 , 2016   Time: 10   AM / PM |

DEFENDANT'S EXHIBIT C   ALL-STATE LEGAL®

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Revised 12-





I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:        72989499 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

11/11/2016 2:02:19 PM
Chris Daniel - District Clerk Harris County
Envelope No: 13752639
By: Marcella Hill
Filed: 11/11/2016 2:02:19 PM

**DUNK LAW FIRM, PLLC**
4505 Caroline St., Houston, TX 77004

November 11, 2016

**VIA E-SERVICE**

Attn: Marcella
Harris County District Clerk
201 Caroline Street
Houston, TX 77002

RE:     **Cause No. 2016-68769**

Dear Clerk:

　　　　Please be advised we are paying the additional $4.00 to issue citation upon the secretary of state.

　　　　Thank you for your time and attention.

Sincerely,

Brenna L. Sanchez

BLS/


Certified Document Number: 72698198 - Page 1 of 1

**DEFENDANT'S EXHIBIT**
ALL-STATE LEGAL®



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:        72698198 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/2/2016 10:38:19 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14071033
By: JONATHAN PATTON
Filed: 12/2/2016 10:38:19 AM

CAUSE NO.  201668769

| RECEIPT NO. | 0.00 | CIV |
|---|---|---|
| * * * * * * * * * | | TR # 73297782 |

PLAINTIFF: BELL, COURTNEY (INDIVIDUALLY AND A/N/F OF J B AND J    In The   129th
B) (MINOR                                        Judicial District Court
    vs.                                         of Harris County, Texas
DEFENDANT: JOWIN EXPRESS INC                  129TH DISTRICT COURT
                                                   Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris


TO: JOWIN EXPRESS INC (A COMPANY) BY SERVING THE TEXAS SECRETARY OF
    STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
    BY FORWARDING TO ITS MISSISSIPPI REGISTERED AGENT J STEPHEN KENNEDY

    100  VISION DRIVE STE 400   JACKSON  MS  39211

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>


This instrument was filed on the <u>10th day of October, 2016</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 3rd day of November, 2016, under my hand and
seal of said Court.


Issued at request of:                    *Chris Daniel*
SANCHEZ, BRENNA LYNN               CHRIS DANIEL, District Clerk
4505 CAROLINE                         Harris County, Texas
HOUSTON, TX  77004                 201 Caroline, Houston, Texas 77002
Tel: (713) 223-1435                (P.O. Box 4651, Houston, Texas 77210)
<u>Bar No.</u>: 24068039               Generated By: HILL, MARCELLA DIANA  DBG//10507251

---

STATE OF _____
                  OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                         Affiant/Deputy

On this day, _____ known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


                           _____
                                    Notary Public

N.INT.SECN.P                        *73297782*



DEFENDANT'S EXHIBIT
E

Certified Document Number: 72935852 - Page 1 of 3

## CAUSE NO. 2016-68769

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND A/N/F OF J.B. | § | IN THE DISTRICT COURT OF |
| AND J.B., MINOR CHILDREN | § | |
|           Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JOWIN EXPRESS, INC., ET AL | § | |
|           Defendant. | § | 129TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **ANDREW C. MANGER** who, being by me duly sworn, deposed and said:

"The following came to hand on Nov 17, 2016, 10:42 am,

### CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed on Mon, Nov 21 2016 by mailing to **JOWIN EPXRESS INC C/O TEXAS SECRETARY OF STATE at P.O. BOX 12079, AUSTIN, TX 78711, TRAVIS COUNTY** by Certified Mail, Return Receipt Requested, Receipt No. <u>7016 1370 0001 4577 4890</u> a true copy of this citation together with the accompanying pleadings.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

ANDREW C. MANGER, SCH# 821, EXP: 07/31/2017

BEFORE ME, a Notary Public, on this day personally appeared **ANDREW C. MANGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 11/30/16

Notary Public, State of Texas

MELISSA GARCIA
Notary Public, State of Texas
My Commission Expires
June 15, 2019

## CAUSE NO. 2016-68769

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND A/N/F OF J.B. AND J.B., MINOR CHILDREN | § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JOWIN EXPRESS, INC., ET AL | § | |
| Defendant. | § | 129TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

AUSTIN, TX 78711 OFFICIAL USE

Certified Mail Fee $3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $0.89

Total Postage & Fees $

Sent To JOWIN EXPRESS INC C/O TEXAS
SECRETARY OF STATE
Street and # P.O. BOX 12079
City, State, AUSTIN, TX 78711

Postmark Here

11/17/2016

7016 1370 0001 4577 4890

PS Form 3800

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

JOWIN EXPRESS INC C/O TEXAS
SECRETARY OF STATE
P.O. BOX 12079
AUSTIN, TX 78711

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 1980 6123 3725 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 1370 0001 4577 4890

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Certified Document Number: 72935852 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 13, 2016

Certified Document Number:         72935852 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND | § | |
| A/N/F J.B. AND J.B., MINOR CHILDREN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-cv-3687 |
| | § | |
| JOWIN EXPRESS, INC. AND PAUL | § | |
| BEASLEY | § | JURY REQUESTED |

## LIST OF PARTIES, COUNSEL OF RECORD AND STATUS

**PLAINTIFF:**
Courtney Bell
J.B. and J.B., Minor Children

**DEFENDANTS:**
Jowin Express, Inc.
Paul Beasley

## ATTORNEYS:

**ATTORNEY FOR PLAINTIFF:**
Brenna Sanchez
SBN:   24068039
FBN:
THE DUNK LAW FIRM, PLLC
4505 Caroline Street
Houston, TX 77004
713/223-1435
713/223-1438 (fax)
brenna@dunklawyers.com

**ATTORNEY FOR DEFENDANT**
Roger D. Oppenheim
SBN:  15293400
FBN:  14205
LORANCE & THOMPSON, PC
2900 North Loop West, Ste. 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com

## STATUS OF REMOVED CASE:

October 10, 2016      Plaintiffs' Original Petition with Requests for Disclosure

December 19, 2016    Defendant's Notice of Removal

Defendant, Jowin Express, Inc. has been served with the Plaintiffs' Original Petition with Requests for Disclosure.  Defendant Beasley has not been served with process yet.  Defendants have not filed responses to written discovery.  No depositions have been taken.  The matter has not been mediated.  The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANT
JOWIN EXPRESS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2016, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Ms. Brenna Sanchez
The Dunk Law Firm, PLLC
4505 Caroline Street
Houston ,TX 77004
brenna@dunklawyers.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim