| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Courtney Bell, et al.
   *Plaintiff(s),*

v.                                                                                          Case No. 4:16–cv–03687

Jowin Express, Inc., et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Settlement Conference**

DATE:   **5/29/2018**

TIME:   **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**                                                            Date: May 17, 2018

By Deputy Clerk, A. Rivera