Case 4:16-cv-03687 Document 40 Filed on 06/05/18 in TXSD Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COURTNEY BELL, INDIVIDUALLY AND A/N/F J.B. AND J.B., MINOR CHILDREN | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:16-cv-03687 |
| JOWIN EXPRESS, INC. AND PAUL BEASLEY | § § § | JURY REQUESTED |

## FINAL JUDGMENT

1. On this day came on to be heard the above-numbered and entitled cause wherein the Plaintiff, COURTNEY BELL A/N/F OF J.B. and J.B., MINOR CHILDREN, appeared in person and by his attorney of record; and the Minor Children, J.B. and J.B, appeared by and through their duly appointed Guardian Ad Litem, Brent Perry, and the Defendants, JOWIN EXPRESS, INC. AND PAUL BEASLEY, appeared by and through their attorney of record, and announced that, subject to the approval of the Court, a compromise and settlement has been reached.

2. It was represented to the Court by Plaintiff and his counsel, and this Court finds, that COURTNEY BELL is the proper Next Friend of, J. B. and J.B., MINOR CHILDREN, and appropriately situated to enter into the Settlement Agreement and Release on behalf of J.B. and J.B., MINOR CHILDREN. It was further demonstrated to the Court by the Plaintiff's attorneys and Brent Perry, Guardian Ad Litem for J.B. and J.B., MINOR CHILDREN, and this Court so finds that Brent Perry has properly and diligently represented the interests of the Minor Children in recommending approval of the compromise and settlement.

3. It was announced that there is disagreement with reference to the liability of Defendants to the Plaintiffs for any amount of damages, and that there is further disagreement as to the amount of said liability, as well as to the nature, severity, degree and duration of the injuries and losses

alleged to have been suffered by the Plaintiff a/n/f of the Minor Children as a result of the events made the basis of this suit, and that the said compromise settlement was being made of disputed claims, and that Defendants have denied any liability to the Plaintiff.

4. The Court, after hearing evidence regarding the terms and conditions of the Settlement Agreement, finds that said Agreement is understood by all parties to this Judgment, and finds that said Agreement is fair, just, and reasonable, and is in the best interest of the Minor Children, J.B. and J.B., and it is, therefore,

5. **ORDERED, ADJUDGED and DECREED** that the settlement of this cause is approved on the basis set forth in the Settlement Agreement and Release among the parties. It is further,

6. **ORDERED, ADJUDGED and DECREED** that the settlement proceeds to the Minor Children be distributed as follows:

- $5,000.00 made payable to the U.S. Clerk of the Court for the use and benefit of J. B., a Minor (DOB: XX/XX/XX and SSN: XXX-XX-9978) and is to be deposited into an interest bearing account

- $4,602.61 made payable to the U.S. Clerk of the Court for the use and benefit of J. B., a Minor (DOB: XX/XX/XX and SSN: XXX-XX-2066) and is to be deposited into an interest bearing account

- $397.39 made payable to Optum for medical expenses of J.B.( SSN: XXX-XX-2066)

7. Guardian Ad Litem fees of $1,000.00 is to be paid by Defendants to Brent Perry.

8. It is further **ORDERED, ADJUDGED and DECREED** by the Court that Defendants have completely and fully satisfied all obligations and that this Final Judgment against Defendants is fully and finally satisfied and discharged.

9. It is further **ORDERED** that Plaintiffs (COURTNEY BELL A/N/F OF J.B. and J.B., MINOR CHILDREN) take nothing from Defendants, JOWIN EXPRESS, INC. AND PAUL BEASLEY, and that Plaintiff's COURTNEY BELL A/N/F OF J.B. and J.B., MINOR

CHILDREN) case against Defendants, JOWIN EXPRESS, INC. AND PAUL BEASLEY, are dismissed with prejudice, and that each party pays their own attorney fees and court costs.

All relief sought herein by any of the parties hereto which is not expressly granted is denied.

SIGNED this the 5th day of June, 2018.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**PIERCE SKRABANEK,**

_____
MICHAEL PIERCE
SBN: 24039117
Pierce Skrabanek, PLLC
3710 Kirby Drive, Ste. 760
Houston, TX 77098
832/690-7000
832/616-5576 (fax)
michael@pstriallaw.com
**PLAINTIFF
COURTNEY BELL, INDIVIDUALLY AND A/N/F
J.B. and J.B., MINOR CHILDREN**


**LORANCE & THOMPSON, P.C.**

_____
ROGER D. OPPENHEIM
SBN: 15292400
2900 North Loop West, Ste. 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
**ATTORNEY FOR DEFENDANTS
JOWIN EXPRESS, INC. AND PAUL BEASLEY**

**BURFORD PERRY**

_____
BRENT PERRY
2 Houston Center
909 Fannin Street, Ste. 2630
Houston, TX 77010
713/401-9790
713/304-0429 (fax)
bperry@burfordperry.com
**GUARDIAN AD LITEM FOR THE MINOR CHILDREN
J.B. and J.B.**